■ In the Matter of JONATHAN A. WEINSTEIN (Admitted as JONATHAN ALAN WEINSTEIN), a Disbarred Attorney. [786 NYS2d

913]—Receiver appointed; respondent directed to comply with 22 NYCRR 603.13, all as indicated. No opinion. Concur—Buckley, P.J., Nardelli, Andrias, Sullivan and Friedman, JJ.